**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00088-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STANSBURY HOLDINGS CORPORATION,
ALDINE J. COFFMAN, JR.
DENNIS R. STAAL, CPA,
RICHARD E. SELLERS, CPA, and
SELLERS & ASSOCIATES, PC,

    Defendants.

### MINUTE ORDER[1]

    The Unopposed Motion of Defendant Aldine J. Coffman for Leave to File Motion to Dismiss in Excess of Page Limit [#14], filed March 20, 2006, is GRANTED. Defendant may file a motion to dismiss up to 16 pages in length, as reflected in the proposed document, attachment 3, to the motion to file in excess. Plaintiff's response also may be up to 16 pages in length.

Dated: March 21, 2006

-----------------------------------------------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.