IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00088-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

STANSBURY HOLDINGS CORPORATION,
ALDINE J. COFFMAN, JR.,
DENNIS R. STAAL,
RICHRAD E. SELLERS, and
SELLERS & ASSOCIATES, PC,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed Amended Scheduling Order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall prepare a revised proposed scheduling order, modified as discussed at the scheduling conference this morning, and submit it to the court on or before **April 27, 2006**.

Dated April 20, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge