**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00088-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STANSBURY HOLDINGS CORPORATION,
ALDINE J. COFFMAN, JR.
DENNIS R. STAAL, CPA,
RICHARD E. SELLERS, CPA, and
SELLERS & ASSOCIATES, PC,

    Defendants.

---

MINUTE ORDER[1]

---

    Defendants Sellers' Motion to Vacate and Re-Set Trial Date [#32] filed on April 25, 2006, is DENIED without prejudice.  Although the court is sympathetic to the conflict of two trials on the calendar of Sellers' counsel, it readily is conceivable that this conflict will disappear in the coming months.  Should the conflict persist into late 2006 or early in 2007, the court then will consider re-setting the trial.

Dated: April 26, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.