**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00088-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STANSBURY HOLDINGS CORPORATION,
ALDINE J. COFFMAN, JR.
DENNIS R. STAAL, CPA,
RICHARD E. SELLERS, CPA, and
SELLERS & ASSOCIATES, PC,

    Defendants.

---

**MINUTE ORDER[1]**

---

    The matter before the court is the **Unopposed Motion for Leave of Defendant Aldine J. Coffman, Jr. to File Motion and Brief in Support of Motion for Summary Judgment in Excess of the 20 Page Limit** [#63],filed January 12, 2007.  Said motion is **GRANTED** and defendant Coffman's motion and brief in support of motion for summary judgment shall not exceed 30 pages.  Plaintiff shall have 30 pages in length for it's response to the motion for summary judgment.

Dated:  January 16, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.