**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: July 30, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  06-cv-00088-REB-BNB**

SECURITIES AND EXCHANGE COMMISSION                               Polly Atkinson
                                                                 Elizabeth Krupa

    **Plaintiff,**

v.

ALDINE J. COFFMAN, JR.                                           David Zisser
RICHARD E. SELLERS,                                              Thomas Birge
SELLERS & ASSOCIATES, PC
    **Defendants.**

_____

**COURTROOM MINUTES - TRIAL TO COURT - DAY ONE**
_____

**9:00 a.m.**     **Court in session**.

Appearances of counsel.

Opening statements by the court.

Court's sequestration order is in effect.

**It is ORDERED**:

    1.    That the defendant, Aldine J. Coffman's Motion for Reconsideration *of Denial of Defendant Coffman's Motion to Exclude Testimony by the Plaintiff's Designated Accounting Expert and Motion for Summary Judgment Based on New Authority* [98] filed July 23, 2007, is **DENIED**.

9:08 a.m.     Opening statements by Ms.  Krupa, for the Plaintiff.

| | |
|---|---|
| 9:17 a.m. | Opening statements by, Mr. Zisser, for defendant, Aldine Coffman, Jr. |
| 9:37 a.m. | Opening statements by, Mr. Birge, for defendant, Richard Sellers and Sellers & Associates, PC. |

Plaintiff calls witness, Mr. Aldine Coffman, Jr.

The witness is sworn.

| | |
|---|---|
| 9:48 a.m. | Direct examination of the witness Mr. Coffman, by Ms. Krupa. |
| **10:25 a.m.** | **Court in recess.** |
| **10:43 a.m** | **Court in session.** |

Direct examination of the witness, Mr. Coffman, resumes.

**12:00 noon   Court in recess and shall reconvene at 1:15 p.m.**
**1:15 p.m.    Court in session.**

The Court enters Findings of Fact, Conclusions of Law and orders, as to defendant Coffman's argument concerning the proper claims before the court for trial.

**It was ORDERED**:

1. That under the notice, pleading standards of the Federal Rules of Civil Procedure §8(a), the SEC's sixth claim as pled in the complaint, at paragraphs 96 through 98, does not fairly or reasonably include or state a claim, that defendant Coffman aided and abetted Stansbury's alleged violation of §13(a) of the Securities Exchange Act, by aiding and abetting Stansbury's alleged failure to file required reports with the SEC;

2. That defendant Coffman may not, therefore, be found liable for aiding and abetting any violation of §13(a) of the Securities Exchange Act, by Stansbury based on assistance Stansbury's failure to file reports required by §13(a) of the Securities Exchange Act; and

3. That any evidence related solely to the assertion that defendant Coffman aided and abetted any such violation of §13(a) of the Securities Exchange Act by Stansbury is irrelevant and inadmissible under Federal Rules of Evidence 401 and 402.

| | |
|---|---|
| 1:25 p.m. | Direct examination of the witness, Mr. Coffman, resumes. |

**Stipulated Exhibits 1 through 71 are admitted into evidence**.

The Plaintiff offers Plaintiff's Exhibit 75.

Objections by Defendants.

Response by the Plaintiff.

Defendants' objections to Plaintiff's Exhibit 75 are overruled.

**Plaintiff's Exhibit 75 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 77.

Objections by the Defendants.

Response by the Plaintiff.

Defendants' objections to Plaintiff's Exhibit 77 are overruled.

**Plaintiff's Exhibit 77 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 79.

Objections by the Defendants.

Response by the Plaintiff.

Defendants' objections to Plaintiff's Exhibit 79 are taken under advisement.

Plaintiff's Exhibit 79 is taken under advisement by the Court.

The Plaintiff offers Plaintiff's Exhibit 94.

Objections by the Defendants.

Response by the Plaintiff.

Defendants' objections are overruled.

**Plaintiff's Exhibit 94 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 97.

No objections by the Defendants.

**Plaintiff's Exhibit 97 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 98.

Objections by the Defendant to the second page of Plaintiff's Exhibit 98.

Defendants' objections as to page 2 of Exhibit 98 are sustained.

**Plaintiff's Exhibit 98, page 1 only, is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 99.

Objections by the Defendants.

Response by the Plaintiff.

Defendants' objections are sustained.

Plaintiff's Exhibit 99 is not admitted into evidence.

The Plaintiff offers Plaintiff's Exhibits 106 and 107.

No objections by the Defendants.

**Plaintiff's Exhibits 106 and 107 are admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 109.

Objections by the Defendants to the first 2 pages of Exhibit 109.

Response by the Plaintiff.

Defendants' objection to Plaintiff's Exhibit 109 are overruled.

**Plaintiff's Exhibit 109 is admitted into evidence.**

**3:00 p.m.    Court in recess.**
**3:20 p.m.    Court in session.**

3:20 p.m.    Cross examination of the witness, Mr. Coffman, by Mr. Zisser.

3:26 p.m.   Cross examination of the witness, Mr. Coffman, by Mr. Birge.

3:33 p.m   Redirect examination of the witness.

The witness is excused.

The Plaintiff calls witness, Mr. Charles Springer.

The witness is sworn.

3:35 p.m.   Direct examination of the witness, Mr. Charles Springer, by Ms. Atkinson.

The Plaintiff offers Plaintiff's Exhibit 89.

Objections by the Defendants.

Defendants' objections to Plaintiff's Exhibit 89 are overruled.

**Plaintiff's Exhibit 89 is admitted into evidence**.

The Plaintiff offers Plaintiff's Exhibit 85.

No objections by the Defendants.

**Plaintiff's Exhibit 85 is admitted into evidence**.

The Plaintiff offers Plaintiff's Exhibit 86.

Objections by the Defendants.

Response by the Plaintiff.

Defendants' objections to Plaintiff's Exhibit 86 are sustained.

Plaintiff's Exhibit 86 is not admitted into evidence.

4:07 p.m.   Cross examination of the witness, Mr. Charles Springer, by Mr. Birge.

4:14 p.m.   Cross examination of the witness, Mr. Charles Springer, by Mr. Zisser.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Mr. Darrel Schnase.

The witness is sworn.

| | |
|---|---|
| 4:25 p.m. | Direct examination of the witness, Mr. Darrel Schnase, by Ms. Krupa. |
| 4:43 p.m. | Cross examination of the witness, Mr. Darrel Schnase, by Mr. Zisser. |
| 4:49 p.m. | Redirect examination of the witness. |

The witness is excused and released from subpoena.

**4:50 p.m.      Court in recess and shall reconvene on Tuesday, July 31, 2007, at 8:30 a.m.**

*Total court time: 5 hours and 56 minutes - trial continued*