**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00088-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STANSBURY HOLDINGS CORPORATION,
ALDINE J. COFFMAN, JR.
RICHARD E. SELLERS, CPA, and
SELLERS & ASSOCIATES, PC,

    Defendants.

## MINUTE ORDER[1]

    The matter before the court is the **Motion of Plaintiff Securities and Exchange Commission For Leave To File Post-Trial Proposed Findings of Fact and Conclusions of Law and a Post-Trial Brief** [#110], filed August 13, 2007. The motion is **DENIED**.

    Dated: August 16, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.